1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMAI JOHNSON,

11              Petitioner,                    No. CIV S-11-3360 EFB P

12          vs.

13    GARY SWARTHOUT,

14              Respondent.              <u>ORDER</u>

15    _____/

16          Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus

17    pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          This case is before the undersigned pursuant to petitioner's consent.  *See* 28 U.S.C.

19    § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).  Currently pending before the court is

20    petitioner's application for a writ of habeas corpus.  For the reasons explained below, the court

21    finds that it must be dismissed without leave to amend.  *See* Rule 4, Rules Governing § 2254

22    Cases.

23          A district court must entertain a habeas petition "in behalf of a person in custody

24    pursuant to the judgment of a State court only on the ground that he is in custody in violation of

25    the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).  A judge

26    entertaining a habeas petition "shall forthwith award the writ or issue an order directing the

                                             1

respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. The petition must be dismissed if on initial review the court finds that "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing § 2254 Cases. An application for federal habeas relief must specify all grounds for relief, state facts supporting each ground and state the relief requested. Rule 2, Rules Governing § 2254 Cases. While under Ninth Circuit precedent, this court must liberally construe the allegations of a prisoner proceeding without counsel, *see Roy v. Lampert*, 465 F.3d 964, 970 (9th Cir. 2006), the court cannot grant relief based on conclusory allegations not supported by any specific facts, *Jones v. Gomez*, 66 F.3d 199, 204-05 (9th Cir. 1995); *James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994).

In this case, the court lacks habeas jurisdiction because petitioner only challenges a condition of his confinement. Specifically, petitioner contends that prison officials impermissibly denied his request for an overnight family visitation. Even if petitioner were to succeeds on this claim, such a result would not shorten his sentence. Accordingly, this court lacks habeas jurisdiction over the claim raised in the petition. *Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003) ("[H]abeas jurisdiction is absent . . . where a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence."). As it is clear that petitioner cannot allege that the challenged condition of confinement affects the duration of his imprisonment, the petition will be dismissed without leave to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (stating that an indigent prisoner proceeding without counsel must be given leave to file amended complaint unless the court can rule out any possibility that the plaintiff could state a claim). This order is without prejudice to petitioner filing a civil rights action challenging the denial of his request for an overnight family visitation.

////

////

1        Accordingly, it is ORDERED that the petition is dismissed without leave to amend, and

2   the Clerk is directed to close the case.

3   Dated:  May 11, 2012.

4                                                                  _____
                                                                   EDMUND F. BRENNAN
5                                                                  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26